**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

CHARLOTTE M. LANDES,

    Plaintiff,

v.                                           Case No. 1:11-CV-00033

CAVALRY PORTFOLIO SERVICES, LLC

    Defendant.

## MOTION TO DISMISS

COMES now Defendant Cavalry Portfolio Services, LLC ("CPS"), by counsel, and moves this Court to dismiss the Complaint filed against it on January 12, 2011 pursuant Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, CPS requests this Court to dismiss this Complaint with prejudice for failing to state a cause of action upon which relief can be granted.

                                                              Respectfully submitted,

                                                              CAVALRY PORTFOLIO SERVICES, LLC

                                                             By Counsel

    /s/ Mark R. Colombell
Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
mcolombell@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for Cavalry Portfolio Services, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of February 2011, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties entitled to receive such notice, including the following:

>Thomas R. Breeden, Esq.
>Thomas R. Breeden, P.C.
>10326 Lomond Drive
>Manassas, Virginia 20109
>Telephone: (703) 361-9277
>Facsimile: (703) 257-2259
>trb@tbreedenlaw.com
>*Counsel for Plaintiff*

___/s/_ Mark R. Colombell_____
Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Third Floor
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
mcolombell@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for Cavalry Portfolio Services, LLC*